THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL W. THORNE, Appellant.— The communication will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The stenographic minutes of the trial and the appellant's points were read and considered by the court prior to rendering its decision affirming the judgment of the Queens County Court convicting the defendant of the crimes of burglary in the third degree and possession of burglar's instruments, as second felony offenses, and petit larceny. The application is denied by Mr. Justice Johnston. [See *ante,* p. 667.]

HARRY FREUND, Respondent and Appellant, v. ZEPHYR LAUNDRY MACHINERY COMPANY, Appellant and Respondent.— No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur. [180 Misc. 249.]

IRVING TRUST COMPANY, as Trustee under the Will of ELIZABETH M. STEVENS, Deceased, Appellant, v. BESSIE SELTZER et al., Respondents, et al., Defendants.— Opinion by Close, P. J. Hagarty, Carswell, Taylor and Lewis, JJ., concur. The opinion is amended accordingly. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.